IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, MISSOURI

RANDY DEVIN COOK and )
ALYSSA MONTANA COOK, )
                                     )
      Plaintiffs, )
                                     )
v. )   Case Number: _____
                                     )
TRAVELERS PERSONAL INSURANCE )
COMPANY, )
                                     )
     Defendant. )

## PETITION FOR DAMAGES, PENALTIES AND ATTORNEY FEES

Come now Plaintiffs, Randy Devin Cook and Alyssa Montana Cook, by counsel, James M. McClellan, and for their Petition state:

1. That Plaintiffs namely Randy "Devin" Cook and his wife, Alyssa "Montana" Cook, reside at 3825 S. 407th Road, East Prairie, Mississippi County, Missouri.

2. That Defendant, Travelers Personal Insurance Company, is a Missouri corporation licensed and conducting business in the State of Missouri.

3. That Plaintiffs purchased a policy of insurance with Defendant for valuable consideration and a copy of said policy is attached as Exhibit "A".

4. That on or about July 2, 2023, a heavy windstorm caused total damage to the new construction of a residential home located in East Prairie, Mississippi County, Missouri.

5. That on said date and time the property was insured by the Defendant and the Defendant has failed and refused to pay the claim after Defendant's adjuster authorized full payment.

6. That the Defendant has failed and refused to pay such loss without reasonable cause or excuse; that Plaintiffs request in addition to the amount thereof and interest, and damages not to exceed twenty percent of the first fifteen hundred dollars of the loss and

ten percent of the amount of the loss in excess of fifteen hundred dollars and Plaintiffs' reasonable attorney fees as authorized by Section 375.420, RSMo.

WHEREFORE, Plaintiffs pray for judgment against Defendant in the amount of the loss and interest herein, along with damages and attorney fees as set forth above and for such other and further relief as the Court deems just and proper in the premises.

Attorney for Plaintiffs

James M. McClellan                    #32209
305 North Kingshighway
P.O. Box 825
Sikeston, MO  63801
(573)471-8300 Telephone
(573)471-1974 Facsimile
Email:  jmm-law@outlook.com

Electronically Filed - MISSISSIPPI - October 26, 2023 - 08:23 AM