IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RANDY DEVIN COOK, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:23-CV-00211-SNLJ |
| TRAVELERS PERSONAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

**MOTION TO VOLUNTARILY DISMISS**

Come now Plaintiffs, Randy Devin Cook and Alyssa M. Cook, by counsel, James M. McClellan, and voluntarily dismisses the Petition for Damages in the above referenced matter with prejudice.

Attorney for Plaintiffs

_____
James M. McClellan          #32209
305 North Kingshighway
P.O. Box 825
Sikeston, MO  63801
(573)471-8300 Telephone
(573)471-1974 Facsimile
Email: jmm-law@outlook.com